UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **GLADYS CLACKS** | : | **DOCKET NO. 3:22-cv-03861** |
| **VERSUS** | : | **JUDGE JAMES D CAIN, JR.** |
| **STATE FARM FIRE & CASUALTY CO, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 19], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Gladys Clacks's voluntary motion to dismiss without prejudice [doc. 18] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED in Chambers on the 5th day of September, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE